IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 11 |
| | ) | |
| **SHULL PLUMBING, INC.,** | ) | No. 15 B 38005 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 16th day of May, 2017, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JACQUELINE P. COX,** Bankruptcy Judge, in the Courtroom usually assigned to her, Courtroom 680 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Motion For Entry Of Final Decree, at which time and place you may appear, if you so see fit.

/s/Joseph E. Cohen
Cohen & Krol
105 W. Madison Street, Suite 1100
Chicago, Illinois 60602
312/368-0300

STATE OF ILLINOIS    )
                    )  SS
COUNTY OF C O O K    )

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Application attached hereto on the parties shown on the attached service list, by First Class U.S. Mail or through CM/ECF this 8th day of May, 2017.

/s/ Joseph E. Cohen

## **SERVICE LIST**

Office of the U.S. Trustee
- *Service by CM/ECF*


See Attached Service List
- *Service by First Class Mail*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-38005<br>Northern District of Illinois<br>Chicago<br>Mon May  8 10:49:48 CDT 2017 | Libertyville Bank & Trust Company<br>507 N. Milwaukee Avenue<br>Libertyville, IL 60048-2000 | Shull Plumbing, Inc.<br>31632 N. Ellis Drive<br>Unit 206<br>Volo, IL 60073-9673 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Allstate Concrete Cutting Inc.<br>514 Rollins Rd<br>Ingleside, IL 60041-9701 | Ally Auto<br>P. O Box 9001951<br>Louisville, KY 40290-1951 |
| Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Anderson Law Offices<br>223 W. Jackson Blvd.<br>Suite 1016<br>Chicago, IL 60606-6916 | Bid Tool<br>P. O. Box 981097<br>Boston, MA 02298-1097 |
| Blue Cross Blue Shield of Illinois<br>PO Box ZZ<br>Chicago, IL 60690-9998 | Capital One Bank, N.A.<br>P. O. Box 6492<br>Carol Stream, IL 60197-6492 | Connor Company<br>2800 North East Adams St.<br>Peoria, IL 61603-2806 |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Dex<br>PO Box 9001401<br>Louisville, KY 40290-1401 | First Supply LLC<br>Brittney Cornillaud, Esq<br>106 Cameron Avenue<br>La Crosse, WI 54601-4420 |
| First Supply LLC<br>PO Box 8124<br>Madison, WI 53708-8124 | Great American Insurance Co.<br>301 E. 4th Street<br>Cincinnati, OH 45202-4257 | H D Supply Waterworks, Ltd.<br>1830 Craig Park Court<br>St. Louis, MO 63146-4122 |
| HD Supply Works<br>P. O. Box 28330<br>Saint Louis, MO 63146-0830 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, Illinois 60604-1705 |
| Jim Murray<br>N116W18455 Morse Dr.<br>Germantown, WI 53022-2487 | Lawrence Dunlop<br>14047 Petronella Dr.<br>Unit 202B<br>Libertyville, IL 60048-9429 | Libertyville Bank & Trust Company<br>c/o James C. Hartman<br>One North County Street<br>Waukegan, IL 60085-4303 |
| Lichtman Eisen Partners<br>222 N. LaSalle Street<br>Chicago, IL 60601-1013 | Lichtman Eisen Partners, Ltd.<br>c/o Great American Insurance Company<br>222 North LaSalle Street<br>Suite 300<br>Chicago, Illinois 60601-1013 | M. Cooper Winsupply<br>8605 Spring Lake Dr.<br>Mokena, IL 60448-8164 |
| Mikes Towing & Auto Repair<br>908 N. Rand Rd.<br>Wauconda, IL 60084-1168 | Quality Tire Service<br>2420 Hiller Ridge<br>McHenry, IL 60051-7444 | RHL Insulation & Firestopping<br>2224 Oak Leaf St.<br>Joliet, IL 60436-1868 |

| | | |
|---|---|---|
| Rand- Tec Insurance Agency<br>977 Lakeview Pkwy ste 105<br>Vernon Hills, IL 60061-1444 | Rentals and More<br>325 W. Belvidere Rd.<br>Round Lake, IL 60073-3639 | Schulhof<br>4701 N. Ravenswood Ave.<br>Chicago, IL 60640-4407 |
| Sheldon J. Shull<br>2509 Johnsburg Road<br>Johnsburg, IL 60051-5167 | The Home Depot<br>PO Box 183175<br>Columbus, OH 43218-3175 | Time Insulation<br>5483 N. Northwest Highway<br>Chicago, IL 60630-1133 |
| Volo Commerce Condo Association<br>31632 North Ellis Dr. Ste 105<br>Round Lake, IL 60073-9672 | Wex Inc.<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | E. Philip Groben<br>Gensburg Calandriello & Kanter, P.C.<br>200 West Adams St., Ste 2425<br>Chicago, IL 60606-5251 |
| Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>ACS Support - Stop 5050<br>P.O. Box 219236<br>Kansas City, MO 64121-9236 | (d)Internal Revenue Service<br>PO Box 145566<br>Cincinnati, OH 45250-5566 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Libertyville Bank & Trust<br>507 N Milwaukee Ave<br>Libertyville, IL 60048-2000 | (d)Schulhof Company<br>4701 N. Ravenswood Ave.<br>Chicago, IL 60640-4407 | (u)Aimee Blake |
| (u)David Poteete | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                   45 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 11 |
| | ) | |
| **SHULL PLUMBING, INC.,** | ) | No. 15 B 38005 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

### **MOTION FOR ENTRY OF FINAL DECREE**

TO THE HONORABLE **JACQUELINE P. COX**
    BANKRUPTCY JUDGE

Now comes Shull Plumbing, Inc., Debtor herein, and respectfully represents unto this Honorable Court as follows:

1.  That on November 8, 2015, the above-named Debtor filed the above-captioned Chapter 11 petition.

2.  That this Honorable Court entered an Order confirming the Debtor's Amended Plan of Reorganization on December 20, 2016.

3.  That the Debtor has made the initial distributions due under the Plan.

4.  That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, SHULL PLUBMING, INC., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case and for such other and further relief as the Court shall deem proper.

Respectfully submitted,

SHULL PLUMBING, INC.,
Debtor-in-Possession

By: /s/Joseph E. Cohen
One of Attorneys for
Debtor-in-Possession

JOSEPH E. COHEN
GINA B. KROL
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602
(312) 368-0300