UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-38005 |
| | ) | |
| SHULL PLUMBING, INC., | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER FOR ENTRY OF FINAL DECREE

THIS CAUSE COMES ON TO BE HEARD upon the Motion of SHULL PLUMBING, INC., Debtor herein, for Entry of a Final Decree, due notice having been given to all parties in interest and the Court being fully advised,

IT IS FURTHER ORDERED that a Final Decree is entered in this matter and that the Clerk of the United States Bankruptcy Court is directed to close this case.

Enter: *J. Cox* /s/ Jacqueline P. Cox

Dated: 5/16/17

United States Bankruptcy Judge

**Prepared by:**
JOSEPH E. COHEN
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602

Rev: 20151029_bko